# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00075-CV

In the Matter of the Marriage of
Bravern Ray Winston and Avis Latorsha (Winston) Holmes

On appeal from the
County Court at Law of Hill County, Texas
Judge Matt S. Crain, presiding
Trial Court Cause No. CV050-24CCL

JUSTICE SMITH delivered the opinion of the Court.

**MEMORANDUM OPINION**

Bravern Ray Winston appeals from a Final Decree of Divorce signed by the trial court on December 20, 2024. Winston's notice of appeal was filed in the trial court on February 28, 2025. The trial court's docket sheet included with the notice of appeal does not indicate that a motion for new trial, motion to modify the judgment, or a request for findings of fact and conclusions of law was filed that would extend the time to file a notice of appeal. *See* TEX. R. APP. P. 26.1(a). By letter from the Clerk of this Court dated March 6, 2025, Winston was informed that the notice of appeal appeared to be untimely and requested a response relating to whether this Court has jurisdiction over this appeal.

The documents received from Winston do not address the Court's jurisdiction. We find that the notice of appeal was untimely. Because the notice of appeal was not timely, we dismiss this appeal for want of jurisdiction. TEX. R. APP. P. 26.1; 42.3(a).

Additionally, because this appeal is being dismissed, Winston's motions filed with this Court on March 17, 2025 are denied.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: March 20, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
CV06

